**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 JUL 12 P 2: 23

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| PEDRO OROZCO | |

3-17CR-346-D

INDICTMENT     H 17-1196M

United States Courts
Southern District of Texas
FILED
*July 18, 2017*
David J. Bradley, Clerk of Court

The Grand Jury Charges:

<u>Count One</u>
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a) and (b)(1)]

On or about May 20, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Pedro Orozco,** an alien, was found in the United States after having been deported and removed therefrom on or about March 18, 2011, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the Defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

**Indictment – Page 1**

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
LYNN JAVIER
Special Assistant United States Attorney
Texas State Bar No. 24057922
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8732
Facsimile: 214-659-8805
Email: Lynn.Javier@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

PEDRO OROZCO

INDICTMENT

8 U.S.C. § 1326(a) and (b)(1)
Illegal Reentry After Removal from the United States

1 Count

A true bill rendered

DALLAS                                                              FOREPERSON

Filed in open court this 12th day of July, 2017.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern     District of     Texas

UNITED STATES OF AMERICA

V.

PEDRO OROZCO

**WARRANT FOR ARREST**

Case Number: 3:17-CR-346-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    PEDRO OROZCO
                                                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |
|---|---|---|---|---|---|---|

charging him or her (brief description of offense)

Illegal Reentry After Removal from the United States

in violation of Title   8   United States Code, Section(s)   1326(a) and (b)(1)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

United States Magistrate Judge Paul Stickney     7/13/2017     Dallas, TX
                                                                     Date                      Location

By:   s/S. Shelby
       Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |